**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| SEAN A. FINAN AND MAURA K. FINAN AS TRUSTEES OF THE FINAN FAMILY IRREVOCABLE TRUST, | : | No. 320 MAL 2019 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Respondents | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PIKE COUNTY CONSERVATION DISTRICT, | : | |
| | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.